OPINION — AG — A COUNTY JUDGE MAY NOT WAIVE THE REQUIREMENTS OF A STANDARD SEROLOGICAL EXAMINATION FOR SYPHILIS WHERE THE FEMALE APPLICANT FOR A MARRIAGE LICENSE IS UNDER THE AGE OF EIGHTEEN YEARS, WHETHER SHE IS PREGNANT OR NOT. CITE: 43 O.S. 1961 5 [43-5], 43 O.S. 1963 Supp., 3 [43-3] (43 O.S. 1971 3 [43-3]), 43 O.S. 1961 32 [43-32], OPINION NO. SEPTEMBER 21, 1959 — BARRY, OPINION NO. OCTOBER 19, 1961 — MEINDERS (HUGH COLLUM)